**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 22-7226**

―――――――――

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

DEMETRIOS DONELL MCNEILL,

        Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:15-cr-00318-D-1)

―――――――――

Submitted:  May 18, 2023                             Decided:  May 22, 2023

―――――――――

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Demetrios Donell McNeill, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demetrios Donell McNeill appeals the district court's order denying his fifth motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i) and denying his motion to appoint counsel. We review a district court's denial of a compassionate release motion for abuse of discretion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021). We have reviewed the record and find no reversible error. *See United States v. High*, 997 F.3d 181, 188-91 (4th Cir. 2021) (discussing amount of explanation required for denial of compassionate release motion). Accordingly, we affirm the district court's order. *United States v. McNeill*, No. 5:15-cr-00318-D-1 (E.D.N.C. Oct. 11, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2